# EXHIBIT B

| US7322046 | DivX Software  ("The accused instrumentality ") |
|---|---|
| 1. A method for the secure use of a network service using a blackboard on which all usable services are entered, the method comprising the steps of: | On information and belief and in at least testing and usage, the accused instrumentality utilizes a DLNA client (e.g., a Smart TV, a Gaming Console, tablets, etc.) which practices a method for secure use of a network service (e.g., various services provided by DLNA enabled servers) using a blackboard (e.g., a software/hardware component that stores all available DLNA services and corresponding servers/devices, among others) on which all usable services (e.g., services provided by DLNA servers) are entered.<br><br>As shown below, the accused instrumentality  supports DLNA and can stream multimedia to DLNA complaint devices, for example, a Smart TV, Gaming Consoles, tablets, etc.<br><br><br><br>DivX Software<br><br>Download award-winning video software to play, create and cast your favorite videos, including DivX®, AVI, MKV, and HEVC up to 4K. Available for Windows and Mac. Our free software includes three components to enjoy high-quality video playback (DivX Player), convert video (DivX Converter) and cast media from your computer to your TV (DivX Media Server).<br><br>https://www.divx.com/en/software/divx/ |

# DivX Media Server

Cast high-quality videos to your favorite devices



## Access all your media

DivX Media Server (part of DivX Player) lets you cast videos, music and photos from your computer to the TV. Cast to your favorite devices such as Chromecast, Apple TV, Xbox, Playstation, Roku, Smart TVs and more. Skip the cables and get instant access to all your media on all your devices.

https://www.divx.com/en/software/divx/



## Cast to the big screen

Your content shouldn't be trapped on your computer. Easily control which device your videos are streamed to using the "Cast To" feature. Do this directly from the DivX Media Server within DivX Player on your computer with a single click.



| Feature | Free |
| --- | --- |
| Play most popular video formats, including DivX®, MKV and HEVC up to 4K | ✓ |
| Stream videos to DLNA-compatible devices like smart TVs, gaming consoles, tablets, Chromecast and more | ✓ |
| Create and play videos with multiple audio and subtitle tracks in several formats | ✓ |

https://www.divx.com/en/software/divx/

As shown below DLNA utilizes UPnP device architecture and UPnP's service and device discovery mechanism to discover various devices and corresponding services available on a network. SSDP protocol (Simple Service Discovery Protocol) is used by UPnP devices to discover services available from UPnP servers (e.g., DLNA servers in DLNA networks). The DLNA protocol allows a DLNA client (e.g., a UPnP control point) to discover DLNA services provided by DLNA servers (e.g., UPnP severs/devices). On information and belief, the accused instrumentality , in its internal testing and usage, utilizes a DLNA client which must utilize a blackboard (e.g. database or lookup table) that stores services provided by discovered DLNA servers.

Table 1-1 Key Technology Ingredients

| Functional Components | Technology Ingredients |
|---|---|
| Connectivity | Ethernet*, 802.11, and Bluetooth |
| Networking | IPv4 Suite |
| Device Discovery and Control | UPnP* Device Architecture v1.0 |
| Media Management and Control | UPnP AV v1 and UPnP Printer:1 |
| Media Formats | Required and Optional Format Profiles |
| Media Transport | HTTP (Mandatory) and RTP (Optional) |

Source: DLNA Networked Device Interoperability Guidelines (March 2006)

## 4.2   Device Discovery and Control

Device discovery and control enables a device on the home network to discover the presence and capabilities of other devices on the network and collaborate with these devices in a uniform and consistent manner.  The UPnP Device Architecture, version 1.0, addresses all of these needs and simplifies device networking in the home.  For this reason, UPnP Device Architecture is the device discovery and control solution for

DLNA devices.  Section 7.2 specifies the detailed guidelines to enable interoperability between DLNA devices in the digital home.

Source: DLNA Networked Device Interoperability Guidelines (March 2006)

## 5.3   Device Functions

For the Interoperability Guidelines and System Usages, the Device Functions below are defined for the DLNA architecture.

- **IP Connectivity** - Network Connectivity and Network stack (Section 7.1). This incorporates Ethernet (802.3), 802.11, and/or Bluetooth connectivity and IP networking using the IPv4 protocol suite.

- **UPnP Device** and **UPnP Control Point (UPnP CP)** - Device Discovery and Control based upon the UPnP Device Architecture (Section 7.2). This incorporates the baseline device architecture used by all Device Classes and Device Capabilities.

- **UPnP AV MediaServers (MSD), UPnP AV MediaServer Control Point (MSCP), UPnP AV MediaRenderer (MRD), UPnP AV MediaRenderer Control Point (MRCP), UPnP Printer Device (PrD), and UPnP Printer Control Point (PrCP)** - Media Management (Section 7.3). This incorporates the control functionality that is layered on top a UPnP Device or a UPnP Control Point to fulfill a role for a Device Class or a Device Capability in a System Usage. An MSD provides methods to access to content. An MSCP is a controller that can browse and select content provided by an MSD. An MRD provide methods to render content. An MRCP is a controller that selects the content to be rendered by an MRD. A PrD provides the

**5**

ability to print Image content. A PrCP is a controller that creates print jobs for selected content to be printed by a PrD.

- **Media Transport Server** and **Media Transport Client** - Media Transport (Section 7.4). These are the Device Functions for the transport of content. The mandatory transport for content is HTTP which has the components of an HTTP Server and an HTTP Client. An optional transport for content is RTP which has the components of an RTP Serving Endpoint and an RTP Receiving Endpoint. RTP is an example of a Device Option which provides optional extensibility to System Usages utilizing a Media Transport.

- **Content** - Interoperability Guidelines Media Formats volume [77]. This document defines the DLNA mandatory and optional Media Format Profiles for content.

Source: DLNA Networked Device Interoperability Guidelines (March 2006)

## 1. Discovery

*Discovery is Step 1 in UPnP™ networking. Discovery comes after addressing (Step 0) where devices get a network address. Through discovery, control points find interesting device(s). Discovery enables description (Step 2) where control points learn about device capabilities, control (Step 3) where a control point sends commands to device(s), eventing (Step 4) where control points listen to state changes in device(s), and presentation (Step 5) where control points display a user interface for device(s).*

Discovery is the first step in UPnP networking. When a device is added to the network, the UPnP discovery protocol allows that device to advertise its services to control points on the network. Similarly, when a control point is added to the network, the UPnP discovery protocol allows that control point to search for devices of interest on the network. The fundamental exchange in both cases is a discovery message containing a few, essential specifics about the device or one of its services, e.g., its type, universally unique identifier, and a pointer to more detailed information.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 1.2 Discovery: Search

When a control point is added to the network, the UPnP discovery protocol allows that control point to search for devices of interest on the network. It does this by multicasting on the reserved address and port (239.255.255.250:1900) a search message with a pattern, or target, equal to a type or identifier for a device or service. Responses from devices contain discovery messages essentially identical to those advertised by newly connected devices; the former are unicast while the latter are multicast.

### 1.2.1 Discovery: Search protocols and standards

To search for devices (and be discovered by control points), control points (and devices) use the following subset of the overall UPnP protocol stack. (The overall UPnP protocol stack is listed at the beginning of this document.)

| |
|---|
| UPnP vendor [purple] |
| UPnP Forum [red] |
| UPnP Device Architecture [green] |
| SSDP [blue] |
| HTTPU (unicast) [black] HTTPMU (multicast) [black] |
| UDP [black] |
| IP [black] |

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Similarly, when a new control point is added to the network, it multicasts a discovery message searching for interesting devices, services, or both. All devices must listen to the standard multicast address for these messages and must respond if any of their embedded devices or services match the search criteria in the discovery message.

To reiterate, a control point may learn of a device of interest because that device sent discovery messages advertising itself or because the device responded to a discovery message searching for devices. In either case, if a control point is interested in a device and wants to learn more about it, the control point uses the information in the discovery message to send a *description* query message. The section on Description explains description messages in detail.

11

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 7.2   Device Discovery and Control

This section of the DLNA Home Networked Device Interoperability Guidelines covers the guidelines for implementing device discovery and control using the UPnP device architecture.   These guidelines balance the needs for both devices and control points, and specify rules for a variety of protocol areas, such as SSDP, GENA events, SOAP actions, and HTTP transports for *UPnP communications*.  It should be noted that HTTP guidelines in this section apply only to UPnP-related transactions and not to content transfer transactions.

In this section, the following terms are used.

- UPnP endpoints: Refers to both UPnP devices and UPnP control points.
- HTTP clients: Refers to the HTTP clients used for *UPnP communications*.  HTTP client guidelines in this section do not apply to HTTP transport for content transfers or playback.
- HTTP servers: Refers to the HTTP servers used for *UPnP communications*.  HTTP server guidelines in this section do not apply to HTTP transport for content transfers or playback.

Source: DLNA Networked Device Interoperability Guidelines (March 2006)



**Figure 7-4  UPnP Discovery Robustness**

(a). One or more ssdp:alive messages, within *advertisement sets* and *duplicate sets*.

(b). Advertisement set of 3+2d+k ssdp:alive messages.

(c). Duplicate set of 3+2d+k ssdp:alive messages. (see 7.2.4.3)

(d). Combined *advertisement set* and *duplicate sets* make an advertisement group.(see 7.2.4.5)

(e). Delay between *advertisement groups* on same network is less than ½ of **CACHE-CONTROL** value. (see 7.2.4.5)

(f). Any arbitrary window of 200 ms have 10 or fewer ssdp:alive messages. (see 7.2.4.2)  An entire *advertisement set* need not fit inside the 200 ms window.

(g). An individual ssdp:alive message must have all corresponding ssdp:alive sent within a 10 second transmission window. (see 7.2.4.4)

(h). This delay is not drawn to scale.

Source: DLNA Networked Device Interoperability Guidelines (March 2006)

| | |
|---|---|
| detecting a service which has not yet been entered on the blackboard; | As shown below, a DLNA client (e.g., a UPnP control point) will send out an M-SEARCH to discover DLNA servers (e.g., UPnP severs/devices). In response, a DLNA server (e.g., a UPnP sever/device) will send a response with a location header that includes an HTTP URL that holds an UPnP description of the DLNA server (e.g., a UPnP severs/device).<br><br>The DLNA client (e.g., a UPnP control point) will then send a HTTP GET message to the HTTP URL in the location header. If the HTTP GET is sent to the correct HTTP URL originally provided by the DLNA server (e.g., a UPnP sever/device), the DLNA server (e.g., a UPnP severs/device) will send the DLNA client (e.g., a UPnP control point) that identifies the services a client can utilize. The response of the DLNA server (e.g., a UPnP sever/device) includes a list of the commands, or actions, the service responds to, and parameters, or arguments, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. As such the service, offered by the DLNA sever (e.g., a UPnP sever) identified by the DLNA client (e.g., a UPnP control point) is added to the blackboard. Further, the DLNA client can invoke actions through HTTP  methods using the controlURL sub element of service element of device description provided by the DLNA server (e.g., a UPnP sever/device). The DLNA client further is also configured to load a presentation page to its browser to invoke actions from DLNA server (e.g., UPnP sever).<br><br>**Requirement [7.2.3.4]:** UPnP control points must send **M-SEARCH** messages using a source port greater than 1024 and not 1900.<br><br><table><tr><td>M</td><td>L</td><td>DMP DMC +PR1+ +PR2+ +DN+ +PU+ +UP+</td><td>M-DMP M-DMC M-DMU, M-DMD</td><td>MIU</td><td>[62]</td></tr></table><br>Source: DLNA Networked Device Interoperability Guidelines (March 2006) |

**1.2.2 Discovery: Search: Request with M-SEARCH**

When a control point is added to the network, it should send a multicast request with method M-SEARCH in the following format.

Values in *italics* are placeholders for actual values.

```
M-SEARCH * HTTP/1.1
HOST: 239.255.255.250:1900
MAN: "ssdp:discover"
MX: seconds to delay response
ST: search target
```

(No body for request with method M-SEARCH, but note that the message must have a blank line following the last HTTP header.)

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

**Request line**

M-SEARCH
Method for search requests.

\*
Request applies generally and not to a specific resource. Must be \*.

HTTP/1.1
HTTP version.

**Headers**

HOST
Required. Multicast channel and port reserved for SSDP by Internet Assigned Numbers Authority (IANA). Must be 239.255.255.250:1900. If the port number (":1900") is omitted, the receiver should assume the default SSDP port number of 1900.

MAN
Required by HTTP Extension Framework. Unlike the NTS and ST headers, the value of the MAN header is enclosed in double quotes; it defines the scope (namespace) of the extension. Must be "ssdp:discover".

MX
Required. Maximum wait time in seconds. Should be between 1 and 120 inclusive. Device responses should be delayed a random duration between 0 and this many seconds to balance load for the control point when it processes responses. This value may be increased if a large number of devices are expected to respond. The MX value should not be increased to accommodate network characteristics such as latency or propagation delay (for more details, see the explanation below).  Specified by UPnP vendor. Integer.

ST
Required. Search Target. Must be one of the following. (cf. NT header in NOTIFY with ssdp:alive above.) Single URI.
   ssdp:all
      Search for all devices and services.
   upnp:rootdevice
      Search for root devices only.
   uuid:device-UUID
      Search for a particular device. Device UUID specified by UPnP vendor.
   urn:schemas-upnp-org:device:deviceType:v
      Search for any device of this type. Device type and version defined by UPnP Forum working committee.
   urn:schemas-upnp-org:service:serviceType:v
      Search for any service of this type. Service type and version defined by UPnP Forum working committee.
   urn:domain-name:device:deviceType:v
      Search for any device of this type. Domain name, device type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.
   urn:domain-name:service:serviceType:v
      Search for any service of this type. Domain name, service type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 1.2.3 Discovery: Search: Response

To be found, a device must send a UDP response to the source IP address and port that sent the request to the multicast channel. Devices respond if the ST header of the M-SEARCH request is "ssdp:all", "upnp:rootdevice", "uuid:" followed by a UUID that exactly matches one advertised by the device.

Devices should wait a random period of time between 0 seconds and the number of seconds specified in the MX header of the search request before responding, in order to avoid flooding the requesting control point with search responses from multiple devices. If the search request results in the need for multiple responses from the device, those responses should be spread at random intervals through the time period from 0 to the number of seconds specified in the MX header. If the search request does not contain an MX header, the device must silently discard and ignore the search request. Devices may assume an MX value less than that specified in the MX header. If the MX header specifies a value greater than 120, the device should assume that it contained the value 120 or less. Devices should not stop responding to other requests while waiting the random delay before sending a response.

The URL specified in the LOCATION header of the M-SEARCH response must be reachable by the control point to which the response is directed.

Responses to M-SEARCH are intentionally parallel to advertisements, and as such, follow the same pattern as listed for NOTIFY with ssdp:alive (above) except that the NT header there is an ST header here. The response must be sent in the following format. Values in *italics* are placeholders for actual values.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

```
HTTP/1.1 200 OK
CACHE-CONTROL: max-age = seconds until advertisement expires
DATE: when response was generated
EXT:
LOCATION: URL for UPnP description for root device
SERVER: OS/version UPnP/1.0 product/version
ST: search target
USN: advertisement UUID
```

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 2 in UPnP networking is *description*. After a control point has discovered a device, the control point still knows very little about the device. For the control point to learn more about the device and its capabilities, or to interact with the device, the control point must retrieve the device's description from the URL provided by the device in the discovery message. Devices may contain other, logical devices, as well as functional units, or *services*. The UPnP description for a device is expressed in XML and includes vendor-specific, manufacturer information like the model name and number, serial number, manufacturer name, URLs to vendor-specific Web sites, etc. The description also includes a list of any embedded devices or services, as well as URLs for control, eventing, and presentation. For each service, the description includes a list of the commands, or *actions*, the service responds to, and parameters, or *arguments*, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. The section on Description below explains how devices are described and how those descriptions are retrieved by control points.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Using this protocol stack, retrieving the UPnP device description is simple: the control point issues an HTTP GET request to the URL in the discovery message, and the device returns its description in the body of an HTTP response. Similarly, to retrieve a UPnP service description, the control point issues an HTTP GET request to the URL in the device description, and the device returns the description in the body of an HTTP response. The headers and body for the response and request are explained in detail below.

First, a control point must send a request with method GET in the following format. Values in *italics* are placeholders for actual values.

```
GET path to description HTTP/1.1
HOST: host for description:port for description
ACCEPT-LANGUAGE: language preferred by control point
```

(No body for request to retrieve a description, but note that the message must have a blank line following the last HTTP header.)

Listed below are details for the request line and headers appearing in the listing above. All header values are case sensitive except where noted.

Request line

GET
        Method defined by HTTP.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 2 in UPnP networking is *description*. After a control point has discovered a device, the control point still knows very little about the device. For the control point to learn more about the device and its capabilities, or to interact with the device, the control point must retrieve the device's description from the URL provided by the device in the discovery message. Devices may contain other, logical devices, as well as functional units, or *services*. The UPnP description for a device is expressed in XML and includes vendor-specific, manufacturer information like the model name and number, serial number, manufacturer name, URLs to vendor-specific Web sites, etc. The description also includes a list of any embedded devices or services, as well as URLs for control, eventing, and presentation. For each service, the description includes a list of the commands, or *actions*, the service responds to, and parameters, or *arguments*, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. The section on Description below explains how devices are described and how those descriptions are retrieved by control points.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

*path to description*
> Path component of device description URL (LOCATION header in discovery message) or of service description URL (SCPDURL element in device description). Single, relative URL.

HTTP/1.1
> HTTP version.

**Headers**

HOST
> Required. Domain name or IP address and optional port components of device description URL (LOCATION header in discovery message) or of service description URL (SCPDURL element of device description). If the port is empty or not given, port 80 is assumed.

ACCEPT-LANGUAGE
> Recommended for retrieving device descriptions. Preferred language(s) for description. If no description is available in this language, device may return a description in a default language. RFC 1766 language tag(s).

After a control point sends a request, the device takes the second step and responds with a copy of its description. Including expected transmission time, a device must respond within 30 seconds. If it fails to respond within this time, the control point should re-send the request. A device must send a response in the following format. Values in *italics* are placeholders for actual values.

```
HTTP/1.1 200 OK
CONTENT-LANGUAGE: language used in description
CONTENT-LENGTH: Bytes in body
CONTENT-TYPE: text/xml
DATE: when responded
```

The body of this response is a UPnP device or service description as explained in detail above.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 3 in UPnP networking is *control*. After a control point has retrieved a description of the device, the control point can send actions to a device's service. To do this, a control point sends a suitable control message to the control URL for the service (provided in the device description). Control messages are also expressed in XML using the Simple Object Access Protocol (SOAP). Like function calls, in response to the control message, the service returns any action-specific values. The effects of the action, if any, are modeled by changes in the variables that describe the run-time state of the service. The section on Control below explains the description of actions, state variables, and the format of control messages.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 3. Control

*Control is Step 3 in UPnP™ networking. Control comes after addressing (Step 0) where devices get a network address, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Control is independent of eventing (Step 4) where control points listen to state changes in device(s). Through control, control points invoke actions on devices and poll for values. Control and eventing are complementary to presentation (Step 5) where control points display a user interface provided by device(s).*

*Given knowledge of a device and its services, a control point can ask those services to invoke actions and receive responses indicating the result of the action. Invoking actions is a kind of remote procedure call; a control point sends the action to the device's service, and when the action has completed (or failed), the service returns any results or errors.*

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 3.1 Control: Protocols

To invoke actions and poll for values, control points (and devices) use the following subset of the overall UPnP protocol stack

(The overall UPnP protocol stack is listed at the beginning of this document.)

| UPnP vendor [purple] |
| UPnP Forum [red] |
| UPnP Device Architecture [green] |
| SOAP [blue] |
| HTTP [black] |
| TCP [black] |
| IP [black] |

At the highest layer, control messages contain vendor-specific information, e.g., argument values. Moving down the stack,

vendor content is supplemented by information from a UPnP Forum working committee, e.g., action names, argument names

variable names. Messages from the layers above are hosted in UPnP-specific protocols, defined in this document. In turn, the

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.2.1 Control: Action: Invoke

The Simple Object Access Protocol (SOAP) defines the use of XML and HTTP for remote procedure calls. UDA uses SOAP to deliver control messages to devices and return results or errors back to control points.

SOAP defines additional HTTP headers, and to ensure that these are not confused with other HTTP extensions, SOAP follows the HTTP Extension Framework (RFC 2774) and specifies a SOAP-unique URI in the MAN header and prefixes the HTTP method with M-. In this case, the method is M-POST. Using M-POST requires the HTTP server to find and understand the SOAP-unique URI and SOAP-specific headers.

To provide firewalls and proxies greater administrative flexibility, SOAP specifies that requests must first be attempted *without* the MAN header or M- prefix. If the request is rejected with a response of "405 Method Not Allowed", then a second request must be sent using the MAN header and M-prefix. If that request is rejected with a response of "501 Not Implemented" or "510 Not Extended", the request fails. (Other HTTP responses should be processed according to the HTTP specification.)

Below is a listing of a control message sent using the POST method (without the MAN header) followed by an explanation of the headers and body. This is immediately followed by a listing of a control message sent using the M-POST method and MAN header.

To invoke an action on a device's service, a control point must send a request with method POST in the following format. Values in *italics* are placeholders for actual values.
http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

```
POST path of control URL HTTP/1.1
HOST: host of control URL:port of control URL
CONTENT-LENGTH: bytes in body
CONTENT-TYPE: text/xml; charset="utf-8"
SOAPACTION: "urn:schemas-upnp-org:service:serviceType:v#actionName"
```

```
<?xml version="1.0"?>
<s:Envelope
    xmlns:s="http://schemas.xmlsoap.org/soap/envelope/"
    s:encodingStyle="http://schemas.xmlsoap.org/soap/encoding/">
  <s:Body>
    <u:actionName xmlns:u="urn:schemas-upnp-org:service:serviceType:v">
      <argumentName>in arg value</argumentName>
      other in args and their values go here, if any
    </u:actionName>
  </s:Body>
</s:Envelope>
```

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Listed below are details for the request line, headers, and body elements appearing in the listing above. All header values and element names are case sensitive; values are not case sensitive except where noted. Except where noted, the order of elements is insignificant. Except where noted, required elements must occur exactly once (no duplicates), and recommended or optional elements may occur at most once.

**Request line**

POST
> Method defined by HTTP.

*path control URL*
> Path component of URL for control for this service (controlURL sub element of service element of device description). Single, relative URL.

HTTP/1.1
> HTTP version.

**Headers**

HOST
> Required. Domain name or IP address and optional port components of URL for control for this service (controlURL sub element of service element of device description). If the port is empty or not given, port 80 is assumed.

ACCEPT-LANGUAGE
> (No ACCEPT-LANGUAGE header is used in control messages.)

CONTENT-LENGTH
> Required. Length of body in bytes. Integer.

CONTENT-TYPE
> Required. Must be text/xml. Should include character coding used, which must be "utf-8".

MAN
> (No MAN header in request with method POST.)

SOAPACTION
> Required header defined by SOAP. Must be the service type, hash mark, and name of action to be invoked, all enclosed in double quotes. If used in a request with method M-POST, header name must be qualified with HTTP name space defined in MAN header. Single URI. The specified service version MUST indicate the version of the service that the control point wants to use while invoking the action. Its value may be any version of the service type in which the specified action was defined.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

After a control point has (1) discovered a device and (2) retrieved a description of the device, the control point is ready to begin presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device.



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 5 in UPnP networking is *presentation*. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page.

Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so.

Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT-LANGUAGE and  CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

**Excerpt from US'046: [1:55-63]**

*Services are understood as being an agency which can be used by a person, a program or another service. By way of example, they may be hardware, Software, filters, a communication channel, memory space and much more. To deal with an overall object which is set, it may be necessary to use a large number of individual services.* **The services which are currently available and can thus be used in each case are registered on "blackboards. Sometimes, also called "lookup functions."**

| | |
|---|---|
| | ***Excerpt from US'046: [3:46-53]***<br>***The blackboard LF in the form of a process PRO running, by way of example, on a central security server ZSS in the ad-hoc network AHN.*** *The database DB is integrated into the context of the process PRO, for example, by virtue of its being provided as a file FIL on the hard disk of the security server ZSS. The aforementioned physical devices, also called "network elements," form an ad-hoc network AHN.*<br><br>***Excerpt from US'046: [2:53-55]***<br>*In accordance with one embodiment of the inventive method, the blackboard stores use software which is loaded by a service user at least before he/she uses the service for the first time.*<br><br>***Excerpt from US'046: [2:31-38]***<br>***Accordingly, a fundamental aspect of the present invention is secure use of a service in a network, in particular an ad-hoc network, having a blackboard on which all the usable services are entered. Following detection of a service which has not yet been entered, a check is carried out to determine whether use of the service is admissible, and the service is entered onto the blackboard only if use of the service is admissible.*** |
| executing a first check to determine whether use of the service is allowed; | On information and belief, the accused instrumentality  utilizes a system in which a first check is executed to determine whether a use of the service is allowed.<br><br>As shown below, a DLNA client (e.g., a UPnP control point) sends out an M-SEARCH that defines particular services that the client is looking for. A DLNA sever (e.g., a UPnP server/device) will only respond to this request if they provide services that the client is searching for. This serves as a first check that ensures that the services provided by a DLNA server (e.g., UPnP server/device) responding to the client can in fact be used by the client. |



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

**1.2.2 Discovery: Search: Request with M-SEARCH**

When a control point is added to the network, it should send a multicast request with method M-SEARCH in the following format.

Values in *italics* are placeholders for actual values.

```
M-SEARCH * HTTP/1.1
HOST: 239.255.255.250:1900
MAN: "ssdp:discover"
MX: seconds to delay response
ST: search target
```

(No body for request with method M-SEARCH, but note that the message must have a blank line following the last HTTP header.)

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

**Request line**

M-SEARCH

Method for search requests.

*

Request applies generally and not to a specific resource. Must be *.

HTTP/1.1

HTTP version.

**Headers**

HOST

Required. Multicast channel and port reserved for SSDP by Internet Assigned Numbers Authority (IANA). Must be 239.255.255.250:1900. If the port number (":1900") is omitted, the receiver should assume the default SSDP port number of 1900.

MAN

Required by HTTP Extension Framework. Unlike the NTS and ST headers, the value of the MAN header is enclosed in double quotes; it defines the scope (namespace) of the extension. Must be "ssdp:discover".

MX

Required. Maximum wait time in seconds. Should be between 1 and 120 inclusive. Device responses should be delayed a random duration between 0 and this many seconds to balance load for the control point when it processes responses. This value may be increased if a large number of devices are expected to respond. The MX value should not be increased to accommodate network characteristics such as latency or propagation delay (for more details, see the explanation below). Specified by UPnP vendor. Integer.

ST

Required. Search Target. Must be one of the following. (cf. NT header in NOTIFY with ssdp:alive above.) Single URI.

ssdp:all

Search for all devices and services.

upnp:rootdevice

Search for root devices only.

uuid:*device-UUID*

Search for a particular device. Device UUID specified by UPnP vendor.

urn:schemas-upnp-org:device:*deviceType*:v

Search for any device of this type. Device type and version defined by UPnP Forum working committee.

urn:schemas-upnp-org:service:*serviceType*:v

Search for any service of this type. Service type and version defined by UPnP Forum working committee.

urn:*domain-name*:device:*deviceType*:v

Search for any device of this type. Domain name, device type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.

urn:*domain-name*:service:*serviceType*:v

Search for any service of this type. Domain name, service type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| | |
|---|---|
| | **1.2.3 Discovery: Search: Response**<br><br>To be found, a device must send a UDP response to the source IP address and port that sent the request to the multicast<br><br>channel. Devices respond if the ST header of the M-SEARCH request is "ssdp:all", "upnp:rootdevice", "uuid:" followed by a UUID<br><br>that exactly matches one advertised by the device.<br><br>http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf |
| entering the service in the blackboard only if it is determined that use of the service is allowed; | On information and belief, the accused instrumentality will only enter the service (e.g., access to DLNA server and its services) in the blackboard (e.g. a database or list of available servers/services) only if it is determined that the use of the service is allowed (e.g. the server/service responding to a client request matches the service defined in the request). |



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 1.2.2 Discovery: Search: Request with M-SEARCH

When a control point is added to the network, it should send a multicast request with method M-SEARCH in the following format.

Values in *italics* are placeholders for actual values.

```
M-SEARCH * HTTP/1.1
HOST: 239.255.255.250:1900
MAN: "ssdp:discover"
MX: seconds to delay response
ST: search target
```

(No body for request with method M-SEARCH, but note that the message must have a blank line following the last HTTP header.)

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

**Request line**

**M-SEARCH**

\*

Method for search requests.

Request applies generally and not to a specific resource. Must be \*.

**HTTP/1.1**

HTTP version.

**Headers**

**HOST**

Required. Multicast channel and port reserved for SSDP by Internet Assigned Numbers Authority (IANA). Must be 239.255.255.250:1900. If the port number (":1900") is omitted, the receiver should assume the default SSDP port number of 1900.

**MAN**

Required by HTTP Extension Framework. Unlike the NTS and ST headers, the value of the MAN header is enclosed in double quotes; it defines the scope (namespace) of the extension. Must be "ssdp:discover".

**MX**

Required. Maximum wait time in seconds. Should be between 1 and 120 inclusive. Device responses should be delayed a random duration between 0 and this many seconds to balance load for the control point when it processes responses. This value may be increased if a large number of devices are expected to respond. The MX value should not be increased to accommodate network characteristics such as latency or propagation delay (for more details, see the explanation below).  Specified by UPnP vendor. Integer.

**ST**

Required. Search Target. Must be one of the following. (cf. NT header in NOTIFY with ssdp:alive above.) Single URI.

ssdp:all

Search for all devices and services.

upnp:rootdevice

Search for root devices only.

uuid:device-UUID

Search for a particular device. Device UUID specified by UPnP vendor.

urn:schemas-upnp-org:device:deviceType:v

Search for any device of this type. Device type and version defined by UPnP Forum working committee.

urn:schemas-upnp-org:service:serviceType:v

Search for any service of this type. Service type and version defined by UPnP Forum working committee.

urn:domain-name:device:deviceType:v

Search for any device of this type. Domain name, device type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.

urn:domain-name:service:serviceType:v

Search for any service of this type. Domain name, service type and version defined by UPnP vendor. Period characters in the domain name must be replaced with hyphens in accordance with RFC 2141.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| | |
|---|---|
| | **1.2.3 Discovery: Search: Response**<br><br>To be found, a device must send a UDP response to the source IP address and port that sent the request to the multicast<br><br>channel. Devices respond if the ST header of the M-SEARCH request is "ssdp:all", "upnp:rootdevice", "uuid:" followed by a UUID<br><br>that exactly matches one advertised by the device.<br><br>http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf |
| loading an interface driver related to the service on the blackboard; | On information and belief, the accused instrumentality utilizes a system that loads an interface driver related to the service on the blackboard (e.g. the client's receipt of a control and presentation URLs of the service offered by the DLNA server identifies the services that can be provided by the DLNA server).<br><br>The client's receipt of the controlURL allows the client to interface with the DLNA server in order to invoke a service related action on the said DLNA server. The DLNA client further is also configured to load a presentation page to its browser to invoke actions from the DLNA server (e.g., UPnP sever).<br><br>As shown below, a DLNA client (e.g., a UPnP control point) will send out an M-SEARCH to discover DLNA servers (e.g., UPnP severs/devices). In response, a DLNA server (e.g., a UPnP severs/device) will send a response with a location header that includes an HTTP URL that holds an UPnP description of the DLNA server (e.g., a UPnP sever/device). The DLNA client (e.g., a UPnP control point) will then send a HTTP GET message to the HTTP URL in the location header. If the HTTP GET is sent to the correct HTTP URL originally provided by the DLNA server (e.g., a UPnP severs/device), the DLNA server (e.g., a UPnP severs/device) will send the DLNA client (e.g., a UPnP control point) that identifies the services a client can utilize. The response of the DLNA server (e.g., a UPnP sever/device) includes a list of the commands, or actions, the service responds to, and parameters, or arguments, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. As such the service, offered by the DLNA sever (e.g., a UPnP sever) identified by the DLNA client (e.g., a UPnP control point) is added to the blackboard. Further, the DLNA client can invoke actions through HTTP methods using the controlURL sub element of service element of device description provided by the DLNA server (e.g., a UPnP sever/device). |



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

After a control point has (1) discovered a device and (2) retrieved a description of the device, the control point is ready to begin presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device.



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 5 in UPnP networking is *presentation*. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.2.1 Control: Action: Invoke

The Simple Object Access Protocol (SOAP) defines the use of XML and HTTP for remote procedure calls. UDA uses SOAP to deliver control messages to devices and return results or errors back to control points.

SOAP defines additional HTTP headers, and to ensure that these are not confused with other HTTP extensions, SOAP follows the HTTP Extension Framework (RFC 2774) and specifies a SOAP-unique URI in the MAN header and prefixes the HTTP method with M-. In this case, the method is M-POST. Using M-POST requires the HTTP server to find and understand the SOAP-unique URI and SOAP-specific headers.

To provide firewalls and proxies greater administrative flexibility, SOAP specifies that requests must first be attempted *without* the MAN header or M- prefix. If the request is rejected with a response of "405 Method Not Allowed", then a second request must be sent using the MAN header and M-prefix. If that request is rejected with a response of "501 Not Implemented" or "510 Not Extended", the request fails. (Other HTTP responses should be processed according to the HTTP specification.)

Below is a listing of a control message sent using the POST method (without the MAN header) followed by an explanation of the headers and body. This is immediately followed by a listing of a control message sent using the M-POST method and MAN header.

To invoke an action on a device's service, a control point must send a request with method POST in the following format. Values in *italics* are placeholders for actual values.
http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 2 in UPnP networking is *description*. After a control point has discovered a device, the control point still knows very little about the device. For the control point to learn more about the device and its capabilities, or to interact with the device, the control point must retrieve the device's description from the URL provided by the device in the discovery message. Devices may contain other, logical devices, as well as functional units, or *services*. The UPnP description for a device is expressed in XML and includes vendor-specific, manufacturer information like the model name and number, serial number, manufacturer name, URLs to vendor-specific Web sites, etc. The description also includes a list of any embedded devices or services, as well as URLs for control, eventing, and presentation. For each service, the description includes a list of the commands, or *actions*, the service responds to, and parameters, or *arguments*, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. The section on Description below explains how devices are described and how those descriptions are retrieved by control points.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 3 in UPnP networking is *control*. After a control point has retrieved a description of the device, the control point can send actions to a device's service. To do this, a control point sends a suitable control message to the control URL for the service (provided in the device description). Control messages are also expressed in XML using the Simple Object Access Protocol (SOAP). Like function calls, in response to the control message, the service returns any action-specific values. The effects of the action, if any, are modeled by changes in the variables that describe the run-time state of the service. The section on Control below explains the description of actions, state variables, and the format of control messages.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 3. Control

Control is Step 3 in UPnP™ networking. Control comes after addressing (Step 0) where devices get a network address, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Control is independent of eventing (Step 4) where control points listen to state changes in device(s). Through control, control points invoke actions on devices and poll for values. Control and eventing are complementary to presentation (Step 5) where control points display a user interface provided by device(s).

Given knowledge of a device and its services, a control point can ask those services to invoke actions and receive responses indicating the result of the action. Invoking actions is a kind of remote procedure call; a control point sends the action to the device's service, and when the action has completed (or failed), the service returns any results or errors.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.1 Control: Protocols

To invoke actions and poll for values, control points (and devices) use the following subset of the overall UPnP protocol stack

(The overall UPnP protocol stack is listed at the beginning of this document.)

| |
|---|
| UPnP vendor [purple] |
| UPnP Forum [red] |
| UPnP Device Architecture [green] |
| SOAP [blue] |
| HTTP [black] |
| TCP [black] |
| IP [black] |

At the highest layer, control messages contain vendor-specific information, e.g., argument values. Moving down the stack,

vendor content is supplemented by information from a UPnP Forum working committee, e.g., action names, argument names

variable names. Messages from the layers above are hosted in UPnP-specific protocols, defined in this document. In turn, the

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

```
POST path of control URL HTTP/1.1
HOST: host of control URL:port of control URL
CONTENT-LENGTH: bytes in body
CONTENT-TYPE: text/xml; charset="utf-8"
SOAPACTION: "urn:schemas-upnp-org:service:serviceType:v#actionName"

<?xml version="1.0"?>
<s:Envelope
    xmlns:s="http://schemas.xmlsoap.org/soap/envelope/"
    s:encodingStyle="http://schemas.xmlsoap.org/soap/encoding/">
  <s:Body>
    <u:actionName xmlns:u="urn:schemas-upnp-org:service:serviceType:v">
      <argumentName>in arg value</argumentName>
      other in args and their values go here, if any
    </u:actionName>
  </s:Body>
</s:Envelope>
```

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Listed below are details for the request line, headers, and body elements appearing in the listing above. All header values and element names are case sensitive; values are not case sensitive except where noted. Except where noted, the order of elements is insignificant. Except where noted, required elements must occur exactly once (no duplicates), and recommended or optional elements may occur at most once.

**Request line**

POST
    Method defined by HTTP.
path control URL
    Path component of URL for control for this service (controlURL sub element of service element of device description). Single, relative URL.
HTTP/1.1
    HTTP version.

**Headers**

HOST
    Required. Domain name or IP address and optional port components of URL for control for this service (controlURL sub element of service element of device description). If the port is empty or not given, port 80 is assumed.
ACCEPT-LANGUAGE
    (No ACCEPT-LANGUAGE header is used in control messages.)
CONTENT-LENGTH
    Required. Length of body in bytes. Integer.
CONTENT-TYPE
    Required. Must be text/xml. Should include character coding used, which must be "utf-8".
MAN
    (No MAN header in request with method POST.)
SOAPACTION
    Required header defined by SOAP. Must be the service type, hash mark, and name of action to be invoked, all enclosed in double quotes. If used in a request with method M-POST, header name must be qualified with HTTP name space defined in MAN header. Single URI. The specified service version MUST indicate the version of the service that the control point wants to use while invoking the action. Its value may be any version of the service type in which the specified action was defined.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| | |
|---|---|
| | To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page. |
| | |
| | Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so. |
| | |
| | Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT-LANGUAGE and  CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language. |
| | http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf |
| extending the loaded interface driver on the blackboard with at least one security function to form a | On information and belief, the accused instrumentality  practices extending the loaded interface driver (e.g., ControlURL which can invoke actions related to a service from the DLNA server and  the presentationURL which loads a presentation page to invoke actions related to a service from the DLNA sever ) on the blackboard (e.g., a software/hardware component which logs services and service software) with at least one security function (e.g., the verification of the signature of the DLNA client (e.g., UPnP control point/sender)  to form a secured interface driver (e.g., upon signature verification, DLNA server will allow the DLNA client to invoke actions and also subsequently load presentation page to control/invoke an action from DLNA sever). |

secured interface driver;

The following table summarizes defined error types and the corresponding value for the errorCode and errorDescription elements.

| errorCode | errorDescription | Description |
|---|---|---|
| 401 | Invalid Action | No action by that name at this service. |
| 402 | Invalid Args | Could be any of the following: not enough in args, too many in args, no in arg by that name, one or more in args are of the wrong data type. |
| 403 | (Do Not Use) | (This code has been deprecated.) |
| 501 | Action Failed | May be returned in current state of service prevents invoking that action. |
| 600 | Argument Value Invalid | The argument value is invalid |
| 601 | Argument Value Out of Range | An argument value is less than the minimum or more than the maximum value of the allowedValueRange, or is not in the allowedValueList. |
| 602 | Optional Action Not Implemented | The requested action is optional and is not implemented by the device. |
| 603 | Out of Memory | The device does not have sufficient memory available to complete the action. This may be a temporary condition; the control point may choose to retry the unmodified request again later and it may succeed if memory is available. |
| 604 | Human Intervention Required | The device has encountered an error condition which it cannot resolve itself and required human intervention such as a reset or power cycle. See the device display or documentation for further guidance. |
| 605 | String Argument Too Long | A string argument is too long for the device to handle properly. |

53

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| 606 | Action not authorized | The action requested requires authorization and the sender was not authorized. |
| 607 | Signature failure | The sender's signature failed to verify. |
| 608 | Signature missing | The action requested requires a digital signature and there was none provided. |
| 609 | Not encrypted | This action requires confidentiality but the action was not delivered encrypted. |
| 610 | Invalid sequence | The <sequence> provided was not valid. |
| 611 | Invalid control URL | The controlURL within the <freshness> element does not match the controlURL of the action actually invoked (or the controlURL in the HTTP header). |
| 612 | No such session | The session key reference is to a non-existent session. This could be because the device has expired a session, in which case the control point needs to open a new one. |
| 600-699 | TBD | Common action errors. Defined by UPnP Forum Technical Committee. |
| 700-799 | TBD | Action-specific errors for standard actions. Defined by UPnP Forum working committee. |
| 800-899 | TBD | Action-specific errors for non-standard actions. Defined by UPnP vendor. |

Step 5 in UPnP networking is *presentation*. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page.

Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so.

Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT-LANGUAGE and CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

After a control point has (1) discovered a device and (2) retrieved a description of the device, the control point is ready to begin presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device.



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.2.1 Control: Action: Invoke

The Simple Object Access Protocol (SOAP) defines the use of XML and HTTP for remote procedure calls. UDA uses SOAP to deliver control messages to devices and return results or errors back to control points.

SOAP defines additional HTTP headers, and to ensure that these are not confused with other HTTP extensions, SOAP follows the HTTP Extension Framework (RFC 2774) and specifies a SOAP-unique URI in the MAN header and prefixes the HTTP method with M-. In this case, the method is M-POST. Using M-POST requires the HTTP server to find and understand the SOAP-unique URI and SOAP-specific headers.

To provide firewalls and proxies greater administrative flexibility, SOAP specifies that requests must first be attempted *without* the MAN header or M- prefix. If the request is rejected with a response of "405 Method Not Allowed", then a second request must be sent using the MAN header and M-prefix. If that request is rejected with a response of "501 Not Implemented" or "510 Not Extended", the request fails. (Other HTTP responses should be processed according to the HTTP specification.)

Below is a listing of a control message sent using the POST method (without the MAN header) followed by an explanation of the headers and body. This is immediately followed by a listing of a control message sent using the M-POST method and MAN header.

To invoke an action on a device's service, a control point must send a request with method POST in the following format. Values in *italics* are placeholders for actual values.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 2 in UPnP networking is *description*. After a control point has discovered a device, the control point still knows very little about the device. For the control point to learn more about the device and its capabilities, or to interact with the device, the control point must retrieve the device's description from the URL provided by the device in the discovery message. Devices may contain other, logical devices, as well as functional units, or *services*. The UPnP description for a device is expressed in XML and includes vendor-specific, manufacturer information like the model name and number, serial number, manufacturer name, URLs to vendor-specific Web sites, etc. The description also includes a list of any embedded devices or services, as well as URLs for control, eventing, and presentation. For each service, the description includes a list of the commands, or *actions*, the service responds to, and parameters, or *arguments*, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. The section on Description below explains how devices are described and how those descriptions are retrieved by control points.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 3 in UPnP networking is *control*. After a control point has retrieved a description of the device, the control point can send actions to a device's service. To do this, a control point sends a suitable control message to the control URL for the service (provided in the device description). Control messages are also expressed in XML using the Simple Object Access Protocol (SOAP). Like function calls, in response to the control message, the service returns any action-specific values. The effects of the action, if any, are modeled by changes in the variables that describe the run-time state of the service. The section on Control below explains the description of actions, state variables, and the format of control messages.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 3. Control

Control is Step 3 in UPnP™ networking. Control comes after addressing (Step 0) where devices get a network address, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Control is independent of eventing (Step 4) where control points listen to state changes in device(s). Through control, control points invoke actions on devices and poll for values. Control and eventing are complementary to presentation (Step 5) where control points display a user interface provided by device(s).

Given knowledge of a device and its services, a control point can ask those services to invoke actions and receive responses indicating the result of the action. Invoking actions is a kind of remote procedure call; a control point sends the action to the device's service, and when the action has completed (or failed), the service returns any results or errors.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.1 Control: Protocols

To invoke actions and poll for values, control points (and devices) use the following subset of the overall UPnP protocol stack

(The overall UPnP protocol stack is listed at the beginning of this document.)

| UPnP vendor [purple] |
| --- |
| UPnP Forum [red] |
| UPnP Device Architecture [green] |
| SOAP [blue] |
| HTTP [black] |
| TCP [black] |
| IP [black] |

At the highest layer, control messages contain vendor-specific information, e.g., argument values. Moving down the stack,

vendor content is supplemented by information from a UPnP Forum working committee, e.g., action names, argument names

variable names. Messages from the layers above are hosted in UPnP-specific protocols, defined in this document. In turn, the

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

```
POST path of control URL HTTP/1.1
HOST: host of control URL:port of control URL
CONTENT-LENGTH: bytes in body
CONTENT-TYPE: text/xml; charset="utf-8"
SOAPACTION: "urn:schemas-upnp-org:service:serviceType:v#actionName"

<?xml version="1.0"?>
<s:Envelope
    xmlns:s="http://schemas.xmlsoap.org/soap/envelope/"
    s:encodingStyle="http://schemas.xmlsoap.org/soap/encoding/">
  <s:Body>
    <u:actionName xmlns:u="urn:schemas-upnp-org:service:serviceType:v">
      <argumentName>in arg value</argumentName>
      other in args and their values go here, if any
    </u:actionName>
  </s:Body>
</s:Envelope>
```

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Listed below are details for the request line, headers, and body elements appearing in the listing above. All header values and element names are case sensitive; values are not case sensitive except where noted. Except where noted, the order of elements is insignificant. Except where noted, required elements must occur exactly once (no duplicates), and recommended or optional elements may occur at most once.

**Request line**

POST
    Method defined by HTTP.
*path control URL*
    Path component of URL for control for this service (controlURL sub element of service element of device description).
    Single, relative URL.
HTTP/1.1
    HTTP version.

**Headers**

HOST
    Required. Domain name or IP address and optional port components of URL for control for this service (controlURL sub element of service element of device description). If the port is empty or not given, port 80 is assumed.
ACCEPT-LANGUAGE
    (No ACCEPT-LANGUAGE header is used in control messages.)
CONTENT-LENGTH
    Required. Length of body in bytes. Integer.
CONTENT-TYPE
    Required. Must be text/xml. Should include character coding used, which must be "utf-8".
MAN
    (No MAN header in request with method POST.)
SOAPACTION
    Required header defined by SOAP. Must be the service type, hash mark, and name of action to be invoked, all enclosed in double quotes. If used in a request with method M-POST, header name must be qualified with HTTP name space defined in MAN header. Single URI. The specified service version MUST indicate the version of the service that the control point wants to use while invoking the action. Its value may be any version of the service type in which the specified action was defined.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| loading the secured interface driver related to the service prior to the first use of the service; and executing a second check by a second security function prior to the use of the service to determine if use of the service is allowed by a user. | On information and belief, the accused instrumentality loads to the DLNA client the secured interface driver related to the service prior to the first use of the service (e.g., upon signature verification, the DLNA client (e.g., UPnP control point) loads presentation page to control/invoke an action related to a service from DLNA sever) and executing a second check (e.g., a check to determine if the action related to the service requires authorization and the DLNA client is not authorized) by a second security function (e.g., action specific authorization) prior to the use of the service to determine if use of the service is allowed by a user. |
|---|---|

| 606 | Action not authorized | The action requested requires authorization and the sender was not authorized. |
|---|---|---|
| 607 | Signature failure | The sender's signature failed to verify. |
| 608 | Signature missing | The action requested requires a digital signature and there was none provided. |
| 609 | Not encrypted | This action requires confidentiality but the action was not delivered encrypted. |
| 610 | Invalid sequence | The <sequence> provided was not valid. |
| 611 | Invalid control URL | The controlURL within the <freshness> element does not match the controlURL of the action actually invoked (or the controlURL in the HTTP header). |
| 612 | No such session | The session key reference is to a non-existent session. This could be because the device has expired a session, in which case the control point needs to open a new one. |
| 600-699 | TBD | Common action errors. Defined by UPnP Forum Technical Committee. |
| 700-799 | TBD | Action-specific errors for standard actions. Defined by UPnP Forum working committee. |
| 800-899 | TBD | Action-specific errors for non-standard actions. Defined by UPnP vendor. |

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

The following table summarizes defined error types and the corresponding value for the errorCode and errorDescription elements.

| errorCode | errorDescription | Description |
|---|---|---|
| 401 | Invalid Action | No action by that name at this service. |
| 402 | Invalid Args | Could be any of the following: not enough in args, too many in args, no in arg by that name, one or more in args are of the wrong data type. |
| 403 | (Do Not Use) | (This code has been deprecated.) |
| 501 | Action Failed | May be returned in current state of service prevents invoking that action. |
| 600 | Argument Value Invalid | The argument value is invalid |
| 601 | Argument Value Out of Range | An argument value is less than the minimum or more than the maximum value of the allowedValueRange, or is not in the allowedValueList. |
| 602 | Optional Action Not Implemented | The requested action is optional and is not implemented by the device. |
| 603 | Out of Memory | The device does not have sufficient memory available to complete the action. This may be a temporary condition; the control point may choose to retry the unmodified request again later and it may succeed if memory is available. |
| 604 | Human Intervention Required | The device has encountered an error condition which it cannot resolve itself and required human intervention such as a reset or power cycle. See the device display or documentation for further guidance. |
| 605 | String Argument Too Long | A string argument is too long for the device to handle properly. |

53

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

| 606 | Action not authorized | The action requested requires authorization and the sender was not authorized. |
| 607 | Signature failure | The sender's signature failed to verify. |
| 608 | Signature missing | The action requested requires a digital signature and there was none provided. |
| 609 | Not encrypted | This action requires confidentiality but the action was not delivered encrypted. |
| 610 | Invalid sequence | The <sequence> provided was not valid. |
| 611 | Invalid control URL | The controlURL within the <freshness> element does not match the controlURL of the action actually invoked (or the controlURL in the HTTP header). |
| 612 | No such session | The session key reference is to a non-existent session. This could be because the device has expired a session, in which case the control point needs to open a new one. |
| 600-699 | *TBD* | Common action errors. Defined by UPnP Forum Technical Committee. |
| 700-799 | *TBD* | Action-specific errors for standard actions. Defined by UPnP Forum working committee. |
| 800-899 | *TBD* | Action-specific errors for non-standard actions. Defined by UPnP vendor. |

Step 5 in UPnP networking is *presentation*. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device. The section on Presentation below explains the protocol for retrieving a presentation page.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

To retrieve a presentation page, the control point issues an HTTP GET request to the presentation URL, and the device returns a presentation page.

Unlike the UPnP Device and Service Templates, and standard device and service types, the capabilities of the presentation page are completely specified by the UPnP vendor. The presentation page is not under the auspices of a UPnP Forum working committee. The page must be an HTML page; it should be version HTML 3.0 or later. However, other design aspects are left to the vendor to specify. This includes, but is not limited to, all capabilities of the control point's browser, scripting language or browser plug-ins used, and means of interacting with the device. To implement a presentation page, a UPnP vendor may wish to use UPnP mechanisms for control and/or eventing, leveraging the device's existing capabilities but is not constrained to do so.

Presentation pages should use mechanisms provided by HTML for localization (e.g., META tag with charset attribute). Control points should use the ACCEPT-LANGUAGE and  CONTENT-LANGUAGE feature of HTTP to try to retrieve a localized presentation page. Specifically, a control point may include a HTTP ACCEPT-LANGUAGE header in the request for a presentation page; if an ACCEPT-LANGUAGE header is present in the request, the response must include a CONTENT-LANGUAGE header to identify the page's language.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

After a control point has (1) discovered a device and (2) retrieved a description of the device, the control point is ready to begin

presentation. If a device has a URL for presentation, then the control point can retrieve a page from this URL, load the page into

a browser, and depending on the capabilities of the page, allow a user to control the device and/or view device status. The

degree to which each of these can be accomplished depends on the specific capabilities of the presentation page and device.



http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.2.1 Control: Action: Invoke

The Simple Object Access Protocol (SOAP) defines the use of XML and HTTP for remote procedure calls. UDA uses SOAP to deliver control messages to devices and return results or errors back to control points.

SOAP defines additional HTTP headers, and to ensure that these are not confused with other HTTP extensions, SOAP follows the HTTP Extension Framework (RFC 2774) and specifies a SOAP-unique URI in the MAN header and prefixes the HTTP method with M-. In this case, the method is M-POST. Using M-POST requires the HTTP server to find and understand the SOAP-unique URI and SOAP-specific headers.

To provide firewalls and proxies greater administrative flexibility, SOAP specifies that requests must first be attempted *without* the MAN header or M- prefix. If the request is rejected with a response of "405 Method Not Allowed", then a second request must be sent using the MAN header and M-prefix. If that request is rejected with a response of "501 Not Implemented" or "510 Not Extended", the request fails. (Other HTTP responses should be processed according to the HTTP specification.)

Below is a listing of a control message sent using the POST method (without the MAN header) followed by an explanation of the headers and body. This is immediately followed by a listing of a control message sent using the M-POST method and MAN header.

To invoke an action on a device's service, a control point must send a request with method POST in the following format. Values in *italics* are placeholders for actual values.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 2 in UPnP networking is *description*. After a control point has discovered a device, the control point still knows very little about the device. For the control point to learn more about the device and its capabilities, or to interact with the device, the control point must retrieve the device's description from the URL provided by the device in the discovery message. Devices may contain other, logical devices, as well as functional units, or *services*. The UPnP description for a device is expressed in XML and includes vendor-specific, manufacturer information like the model name and number, serial number, manufacturer name, URLs to vendor-specific Web sites, etc. The description also includes a list of any embedded devices or services, as well as URLs for control, eventing, and presentation. For each service, the description includes a list of the commands, or *actions*, the service responds to, and parameters, or *arguments*, for each action; the description for a service also includes a list of variables; these variables model the state of the service at run time, and are described in terms of their data type, range, and event characteristics. The section on Description below explains how devices are described and how those descriptions are retrieved by control points.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Step 3 in UPnP networking is *control*. After a control point has retrieved a description of the device, the control point can send actions to a device's service. To do this, a control point sends a suitable control message to the control URL for the service (provided in the device description). Control messages are also expressed in XML using the Simple Object Access Protocol (SOAP). Like function calls, in response to the control message, the service returns any action-specific values. The effects of the action, if any, are modeled by changes in the variables that describe the run-time state of the service. The section on Control below explains the description of actions, state variables, and the format of control messages.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

## 3. Control

Control is Step 3 in UPnP™ networking. Control comes after addressing (Step 0) where devices get a network address, after discovery (Step 1) where control points find interesting device(s), and after description (Step 2) where control points learn about device capabilities. Control is independent of eventing (Step 4) where control points listen to state changes in device(s). Through control, control points invoke actions on devices and poll for values. Control and eventing are complementary to presentation (Step 5) where control points display a user interface provided by device(s).

Given knowledge of a device and its services, a control point can ask those services to invoke actions and receive responses indicating the result of the action. Invoking actions is a kind of remote procedure call; a control point sends the action to the device's service, and when the action has completed (or failed), the service returns any results or errors.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

### 3.1 Control: Protocols

To invoke actions and poll for values, control points (and devices) use the following subset of the overall UPnP protocol stack

(The overall UPnP protocol stack is listed at the beginning of this document.)

| |
|---|
| UPnP vendor [purple] |
| UPnP Forum [red] |
| UPnP Device Architecture [green] |
| SOAP [blue] |
| HTTP [black] |
| TCP [black] |
| IP [black] |

At the highest layer, control messages contain vendor-specific information, e.g., argument values. Moving down the stack,

vendor content is supplemented by information from a UPnP Forum working committee, e.g., action names, argument names

variable names. Messages from the layers above are hosted in UPnP-specific protocols, defined in this document. In turn, the

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

```
POST path of control URL HTTP/1.1
HOST: host of control URL:port of control URL
CONTENT-LENGTH: bytes in body
CONTENT-TYPE: text/xml; charset="utf-8"
SOAPACTION: "urn:schemas-upnp-org:service:serviceType:v#actionName"

<?xml version="1.0"?>
<s:Envelope
    xmlns:s="http://schemas.xmlsoap.org/soap/envelope/"
    s:encodingStyle="http://schemas.xmlsoap.org/soap/encoding/">
  <s:Body>
    <u:actionName xmlns:u="urn:schemas-upnp-org:service:serviceType:v">
      <argumentName>in arg value</argumentName>
      other in args and their values go here, if any
    </u:actionName>
  </s:Body>
</s:Envelope>
```

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf

Listed below are details for the request line, headers, and body elements appearing in the listing above. All header values and element names are case sensitive; values are not case sensitive except where noted. Except where noted, the order of elements is insignificant. Except where noted, required elements must occur exactly once (no duplicates), and recommended or optional elements may occur at most once.

**Request line**

POST
> Method defined by HTTP.

*path control URL*
> Path component of URL for control for this service (controlURL sub element of service element of device description).
> Single, relative URL.

HTTP/1.1
> HTTP version.

**Headers**

HOST
> Required. Domain name or IP address and optional port components of URL for control for this service (controlURL sub element of service element of device description). If the port is empty or not given, port 80 is assumed.

ACCEPT-LANGUAGE
> (No ACCEPT-LANGUAGE header is used in control messages.)

CONTENT-LENGTH
> Required. Length of body in bytes. Integer.

CONTENT-TYPE
> Required. Must be text/xml. Should include character coding used, which must be "utf-8".

MAN
> (No MAN header in request with method POST.)

SOAPACTION
> Required header defined by SOAP. Must be the service type, hash mark, and name of action to be invoked, all enclosed in double quotes. If used in a request with method M-POST, header name must be qualified with HTTP name space defined in MAN header. Single URI. The specified service version MUST indicate the version of the service that the control point wants to use while invoking the action. Its value may be any version of the service type in which the specified action was defined.

http://www.upnp.org/specs/arch/UPnP-arch-DeviceArchitecture-v1.0-20080424.pdf